Writ denied. No error of law under the facts found by the Court of Appeal.

159 So.2d 288

## W. C. WEIR

v.

## C. E. WILLIAMS et al.

No. 47058.

Jan. 20, 1964.

In re: C. E. Williams and Lumbermens Mutual Casualty Company applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Natchitoches. 158 So.2d 376.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

159 So.2d 288

## Benny L. WRIGHT, for the use and benefit of Mrs. Janette Letney, and Edric A. Gautreaux and Lucia Gautreaux,

v.

## GENERAL MOTORS CORPORATION et al.

No. 47060.

Jan. 20, 1964.

In re: Benny L. Wright, Jr., for the use and benefit of Mrs. Janette Letney, and Edric A. Gautreaux et ux. applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of St. Mary. 158 So.2d 309.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

159 So.2d 288

## William L. HEUER, Jr.

v.

## CRESCENT RIVER PORT PILOTS' ASSOCIATION.

No. 47053.

Jan. 20, 1964.

In re: William L. Heuer, Jr. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 158 So.2d 221.

Writ refused. There is no error of law in judgment of the Court of Appeal.